NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3033

BEN DINKINS, JR.,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in DC0752090358-I-1.

ON MOTION

<u>O R D E R</u>

Ben Dinkins, Jr. moves without opposition for leave to file his brief out of time, on or before March 25, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAR 3 1 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David A. Branch, Esq.
L. Misha Preheim, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 3 1 2010

**JAN HORBALY**
**CLERK**